# United States Court of Appeals for the Federal Circuit

---

May 4, 2011

**ERRATA**

---

Appeal No. 2010-7080

**LIONEL GUERRA,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

Decided: April 29, 2011

Precedential Opinion

---

Please make the following change in the dissent:

Page 2, line 5, change "establishes" to --establish--